■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINWOOD COLLINS, Appellant. [760 NYS2d 840] —Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered May 8, 1997, convicting defendant, after a jury trial, of murder in the second degree and criminal possession of a weapon in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 25 years to life and 7½ to 15 years, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Gaimari,* 176 NY 84, 94 [1903]). The court submitted to the jury the issue of whether the People's principal witness was an accomplice, and the evidence warranted a finding that he was not an accomplice (*see* CPL 60.22 [2]). In any event, his testimony was fully corroborated (*see* CPL 60.22 [1]).

We perceive no basis for reducing the sentence. Concur— Buckley, P.J., Tom, Sullivan and Marlow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH HINDS, Appellant. [760 NYS2d 841] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered July 13, 2000, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree (three counts) and criminal possession of a controlled substance in the seventh degree, and sentencing him, as a second felony offender, to an aggregate term of 10 to 20 years, unanimously reversed, on the law, and the matter remanded for a new trial.

As the People concede, defendant is entitled to a new trial on the ground that there is no evidence that he consented in writing to the substitution of an alternate juror during deliberations (*see* CPL 270.35 [1]). Concur—Buckley, P.J., Tom, Sullivan and Marlow, JJ.

■ SYAMSUNDER K. PRABHAKARAN, Individually and as Administrator of the Estate of KANNAMBRA PRABHAKARAN,